UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| JORDAN N. NICLEY, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Nos.: 3:13-CR-67-TAV-DCP |
| | ) 3:15-CV-110-TAV |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Respondent. | ) |

## JUDGMENT

For the reasons expressed in the accompanying memorandum opinion and order filed herewith, it is **ORDERED** and **ADJUDGED** that the motion [Doc. 102] by federal prisoner Jordan N. Nicley for post-conviction relief pursuant to 28 U.S.C. § 2255 is **DENIED and DISMISSED WITH PREJUDICE**.

If Petitioner files a notice of appeal from this judgment, such notice of appeal will be treated as an application for a certificate of appealability, which is **DENIED** pursuant to 28 U.S.C. § 2253(c)(2) and Federal Rule of Appellate Procedure 22(b) because she has failed to make a substantial showing of the denial of a federal constitutional right. The Court **CERTIFIES** pursuant to 28 U.S.C. § 1915(a)(3) and Federal Rule of Appellate Procedure 24 that any appeal from this judgment by Petitioner would be frivolous and not taken in good faith.

**ENTER:**

s/ Thomas A. Varlan
CHIEF UNITED STATES DISTRICT JUDGE

ENTERED AS A JUDGMENT
   s/ **John L. Medearis**
   CLERK OF COURT